# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: (212) 465-1188
cklee@leelitigation.com

July 8, 2021

**Via ECF**
The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2021

Re: *Aldape v. Ocinomled, Ltd. et al*
Case No. 21-CV-01822

Dear Judge Vyskocil:

We are counsel to Plaintiff. We respectfully submit this letter, jointly with counsels to Defendants, to respectfully request an adjournment of the Initial Conference, which is currently scheduled for July 28, 2021, at 4:00 p.m.

The parties are currently discussing settlement and the potential use of mediation to resolve the case. Therefore, the parties respectfully request an adjournment of thirty (30) days for the Initial Conference so that the parties may work out the details of a possible mediation. This is the parties first request for an adjournment.

We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: All parties via ECF

---

**GRANTED.** The Initial Pretrial Conference in this case is adjourned to August 25, 2021 at 10:30AM. All other provisions of the Court's order setting the conference remain in effect. The parties should submit the joint letter required by that order on or before August 18, 2021. **SO ORDERED.**

Date: 7/9/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge