# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 8/20/2021 |

Writer's Direct:   (212) 465-1188
cklee@leelitigation.com

August 20, 2021

**Via ECF**
The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Aldape v. Ocinomled, Ltd. et al*
       Case No. 21-CV-01822

Dear Judge Vyskocil:

We are counsel to Plaintiff. We respectfully submit this letter-motion requesting an adjournment of the Initial Conference, jointly with Defendants, pursuant to the Court's August 19, 2021, Order.

We apologize for the parties delay. The reason for the parties' delay was that the parties were finalizing an agreement to participate in a Class Mediation with Mr. Martin Scheinman, Esq. The parties have agreed to utilize Mr. Scheinman's services for a Class Mediation on November 22, 2021.

As a result, we respectfully request an adjournment of the Initial Conference that is currently scheduled for August 25, 2021, at 10:30 a.m. to a date in December 2021, so that the parties may participate in mediation prior to engaging in formal discovery. This is the parties second request for an adjournment. Your Honor previously granted the parties first request for an adjournment on July 9, 2021 [Dkt. No. 57]. In light of the foregoing, the parties jointly request that a Case Management Plan be submitted to the Court one week prior to the Court's re-scheduled Initial Conference.

We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: All parties via ECF

---

**GRANTED. The Initial Pre-Trial Conference scheduled for August 25, 2021 at 10:30am is hereby adjourned to December 8, 2021 at 10:00am. Parties are admonished to comply with the Court's Individual Rules and ensure compliance therewith before the Initial Pre-Trial Conference. SO ORDERED.**

Date: 8/20/2021
New York, New York

*[Signature: Mary Kay Vyskocil]*
Mary Kay Vyskocil
United States District Judge